David L. Nicholson, Jefferson Circuit Clerk
600 West Jefferson Street
Louisville, KY 40202-4731

JEREMY THOMPSON
KENTUCKY STATE POLICE
P O BOX 1297
ELIZABETHTOWN, KY 42702



# KCOJ eFiling Cover Sheet

Case Number: 16-CI-000617

Envelope Number: 111195

Package Retrieval Number: 111195660749@00000767972

Service by: Certified Mail

The attached documents were generated via the Kentucky Court of Justice eFiling system. For more information on eFiling, go to http://courts.ky.gov/efiling/Pages/default.aspx.

| | | |
|---|---|---|
| AOC-E-105     Sum Code: CI<br>Rev. 9-14<br>Commonwealth of Kentucky<br>Court of Justice     Courts.ky.gov<br>CR 4.02; Cr Official Form 1 | <br>**CIVIL SUMMONS** | Case #: **16-CI-000617**<br>Court:  **CIRCUIT**<br>County: **JEFFERSON Circuit** |

*Plantiff,* HARTMAN, CHRIS  , ET AL VS. THOMPSON, JEREMY  , ET AL, *Defendant*

TO:  **JEREMY THOMPSON**
**KENTUCKY STATE POLICE**
**P O BOX 1297**
**ELIZABETHTOWN, KY 42702**

The Commonwealth of Kentucky to Defendant:

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

/s/ David L. Nicholson, Jefferson Circuit Clerk
Date: 02/08/2016

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____, 20 _____

Served By _____

Title _____

Summons ID: 111195660749@00000767972
CIRCUIT: 16-CI-000617 Certified Mail
HARTMAN, CHRIS  , ET AL VS. THOMPSON, JEREMY  , ET AL



Page 1 of 1

eFiled

Package : 000002 of 000011

Filed 16-CI-000617 02/08/2016 David L. Nicholson, Jefferson Circuit Clerk

NO.  JEFFERSON CIRCUIT COURT

CHRIS HARTMAN

SONJA DE VRIES

CARLA WALLACE  PLAINTIFFS

V.  **COMPLAINT**

JEREMY THOMPSON
In his individual capacity
as a Kentucky State Police Trooper
    Serve via certified mail at:
    Kentucky State Police Post 4
    P.O. Box 1297
    Elizabethtown, Kentucky 42702

JASON DRANE
In his individual capacity
as a Kentucky State Police Trooper
    Serve via certified mail at:
    Kentucky State Police Post 4
    P.O. Box 1297
    Elizabethtown, Kentucky 42702

BRIAN HILL  DEFENDANTS
In his individual capacity
as a Kentucky State Police Trooper
    Serve via certified mail at:
    Kentucky State Police Post 4
    P.O. Box 1297
    Elizabethtown, Kentucky 42702

Package : 000003 of 000011

Filed 16-CI-000617 02/08/2016 David L. Nicholson, Jefferson Circuit Clerk

## PRELIMINARY STATEMENT

1. This is a civil rights action for damages brought pursuant to 42 U.S.C. Secs. 1983 and 1988, and the United States and Kentucky Constitutions and applicable law, after three Kentucky State Troopers arrested three individuals who stood in a silent demonstration against the discriminatory political activities of Kentucky Farm Bureau during the 2015 Kentucky State Fair ham breakfast.

## PARTIES

**Plaintiffs**

2. Plaintiff Chris Hartman, is the Director of the Fairness Campaign and is a steering committee member of Kentucky's statewide Fairness Coalition. He served as Congressman John Yarmuth's 2008 campaign press secretary, as an AmeriCorps VISTA in St. Louis, and as Philadelphia director of the Democratic National Committee's open air Grassroots Campaigns in the 2004 presidential election. At all relevant times, he was a resident of Jefferson County, Kentucky.

3. Plaintiff Sonja de Vries, is a filmmaker, writer, poet, and human rights activist living in Louisville, Kentucky. Her books include "*Stealing Lorca's Bones*". Her documentary films include *Gay Cuba*, about gay and lesbian rights in Cuba, *OUT: The Making of a Revolutionary*, a collaboration with former U.S. political prisoner Laura Whitehorn, and *Refuseniks*, about Israelis who refuse to serve in the military in the West Bank or Gaza.

4. Plaintiff Carla F. Wallace has been involved in social justice efforts since she was a child. She is a founder of the Fairness Campaign and of the national network, Showing Up for Racial Justice (SURJ). She is co-chair of Louisville

SURJ, the University of Louisville's Anne Braden Institute Community Council and the Carl Braden Center. She is a native and resident of Louisville, Kentucky.

**Defendants**

5. Defendants, Lieutenant Jeremy Thompson, Trooper Jason Drane and Trooper Brian Hill are believed to be residents of the Commonwealth of Kentucky and at all relevant times were employed by the Kentucky State Police. At all times pertinent hereto, all four defendants acted in such capacity under color of law.

## FACTUAL ALLEGATIONS

6. For several years, Chris Hartman, Sonja de Vries, and Carla Wallace, along with the Fairness Campaign, the ACLU of Kentucky, and the Jefferson County Teachers Association, have sought to expose the anti-LGBT, anti-teacher, anti-union, anti-choice and pro-death penalty policies of Kentucky Farm Bureau Insurance Company through a "No Hate in Our State" campaign.

7. Mr. Hartman, Ms. de Vries, Ms. Wallace and their affiliated civil rights organizations have publicized the discriminatory policies of Kentucky Farm Bureau, which are stated in the insurance company's official policy book, including the following listed in the "2015 Kentucky Farm Bureau Policies" booklet:

> "a. The institution of marriage should only be recognized as the legal union of a man and a woman. (p.13)
>
> b. We are opposed to any state-supported agency providing benefits to "domestic" partners. (p.14)
>
> c. We strongly believe in the value of all individuals both born and unborn. (p.14)
>
> d. We strongly oppose teacher strikes. We oppose legislation that mandates collective bargaining for public school employees. (p.61)

e. Alternative lifestyles should not be taught in public schools. (p.61)

f. We support the enactment of right-to-work legislation. (p.75)

g. We recommend the federal prevailing wage law be repealed when dealing with government contracts. (p.76)

h. We oppose any mandate that would require any government entities to recognize and collectively bargain with union employees. (p.76)

i. We oppose public employees being permitted to strike, organize work stoppage or slow-downs. (p.76)

j. We oppose unionization of farmers and farm laborers. (p.76)

k. We support capital punishment. (p.88)"

(hereinafter called "discriminatory policies"). Plaintiffs and the organizations have attempted to make Kentuckians aware that Kentucky Farm Bureau is advocating in support of these discriminatory policies.

8. In an attempt to make known their opposition to Kentucky Farm Bureau's discriminatory policies, Plaintiffs and other supporters of the Fairness Campaign, ACLU of Kentucky and the Jefferson County Teacher's Association have regularly attended the Kentucky State Fair's Country Ham Breakfast (also "ham breakfast").

9. The Kentucky State Fair's County Ham Breakfast is an annual country style breakfast and charity auction of the state fair's grand champion country ham. The event is regularly attended by local dignitaries and politicians and is open to anyone who buys a ticket. Attendees regularly engage in political speech at the event, including campaigning to other attendees.

10. Kentucky Farm Bureau is the named sponsor of the Kentucky State Fair's Kentucky Farm Bureau Ham Breakfast.

11. Upon information and belief, prior to 2015, no individual had ever been excluded from the ham breakfast or arrested at the breakfast based upon their political affiliation or the content of their speech.

12. Plaintiffs attended the 2015 Kentucky State Fair Country Ham Breakfast, wearing bright orange shirts indicating their opposition to Kentucky Farm Bureau's discriminatory policies.

13. Prior to the ham breakfast, many individuals stand just outside the entrance to the breakfast building engaging in political speech. Many campaign for their candidates, hold signs containing political speech, or pass out literature to attendees.

14. Plaintiffs purchased tickets to attend the 2015 Kentucky Farm Bureau Country Ham Breakfast on August 27, 2015.

15. Prior to the 2015 Kentucky Farm Bureau County Ham Breakfast, Plaintiffs and others stood outside the entrance to the ham breakfast with signs opposing Kentucky Farm Bureau's discriminatory policies.

16. Defendant Kentucky State Police officers ordered Plaintiffs to move a large sign indicating "No Hate In Our State" from in front of the main entrance. Defendants forced them to move the sign to a location where the sign would not be as plainly visible to attendees.

17. Other individuals with different political signs were allowed to stand outside the entrance. Only the Plaintiffs' sign was forced to move.

18. Plaintiffs entered the ham breakfast and sat at their assigned seats in a rear corner of the assembly hall where the breakfast was held.

Filed          16-CI-000617   02/08/2016          David L. Nicholson, Jefferson Circuit Clerk

19. Following the invocation, when an individual from Kentucky Farm Bureau began to introduce Kentucky Farm Bureau dignitaries, several tables full of individuals in the rear corner of the assembly hall stood silently at their assigned seats.

20. Defendant Kentucky State Police Troopers then came over to the table and arrested Chris Hartman, handcuffed him, and dragged him out of the assembly hall. The defendants then arrested Sonja de Vries and Carla Wallace, handcuffed them and took them out of the assembly hall.

21. Defendants arrested Plaintiffs due to the content of their speech.

22. Defendants then took all three Plaintiffs to jail.

23. Defendants Jason Drane and Jeremy Thompson charged Chris Hartman with Disorderly Conduct in the Second Degree and Failure to Disperse.

24. Defendants Jeremy Thompson and Brian Hill charged Sonja deVries with Failure to Disperse.

25. Defendant Jeremy Thompson charged Carla Wallace with Failure to Disperse.

26. On the day before the scheduled jury trials for Hartman and de Vries, the Jefferson County Attorney moved the respective courts to dismiss all charges against all defendants. The prosecutors, in a written motion, stated that

> "upon reviewing the applicable statutes and case law, and consulting with the appropriate law enforcement officers, and potential witnesses, as well as reviewing video footage of the incident, it does not believe that there is a reasonable likelihood of a successful prosecution of this matter. Further, the Commonwealth being cognizant that it has not only a duty to prosecute criminal acts, but also to act ethically and fairly with regard to anyone charged with such act."

Package : 000008 of 000011

Filed          16-CI-000617   02/08/2016          David L. Nicholson, Jefferson Circuit Clerk

27. The Jefferson District Court, through orders from three different judges dismissed with prejudice all criminal charges against all three Plaintiffs.

## CAUSES OF ACTION

### Count 1: 42 U.S.C. § 1983-False Arrest

28. Plaintiffs incorporate all preceding paragraphs as if set forth fully herein.

29. Defendants' conduct violated Plaintiffs' rights secured by the Fourth and Fourteenth Amendments to the United States Constitution, 42 U.S.C. § 1983, and Sections 1, 2, 3 and 8 of the Kentucky Constitution. Defendants' actions constituted false arrests of Plaintiffs. Defendants arrested Plaintiffs for charges for which there was no probable cause.

### Count 2: 42 U.S.C. § 1983-First Amendment Free Speech Violation

30. Plaintiffs incorporate all preceding paragraphs as if set forth fully herein.

31. Defendants' conduct violated Plaintiffs' free speech rights secured by the First and Fourteenth Amendments to the United States Constitution, 42 U.S.C. § 1983, and Sections 1, 2, 3 and 8 of the Kentucky Constitution.

### Count 2: 42 U.S.C. § 1983-First Amendment Retaliation

32. Plaintiffs incorporate all preceding paragraphs as if set forth fully herein.

33. Defendants' conduct violated Plaintiffs' rights secured by the First and Fourteenth Amendments to the United States Constitution, 42 U.S.C. § 1983, and Sections 1, 2, 3 and 8 of the Kentucky Constitution. Defendant forced Plaintiffs to

move their sign outside the assembly hall and arrested them inside the assembly hall in order to deter them from engaging in this protected conduct.

### Count 2: 42 U.S.C. § 1983-Malicious Prosecution

34. Plaintiffs incorporate all preceding paragraphs as if set forth fully herein.

35. Defendants' conduct violated Plaintiffs' rights secured by the Fourth and Fourteenth Amendments to the United States Constitution, 42 U.S.C. § 1983, and Sections 2 and 10 of the Kentucky Constitution. Plaintiffs were subjected to malicious prosecution when they were charged falsely with offenses for which there was no probable cause and which were ultimately terminated in their favor. No reasonable officer would have placed such charges against Plaintiffs and such charges were placed against them to punish them for exercising their constitutionally protected free speech rights.

### Count 2: State Law Torts of Wrongful Arrest, Malicious Prosecution and Battery

36. Plaintiffs incorporate all preceding paragraphs as if set forth fully herein

37. Defendants actions described above constitute the state torts of assault, battery, and excessive use of force against Plaintiff.

38. As a proximate result of said conduct, Plaintiff suffered damages, including but not limited to physical pain and suffering, severe emotional distress, fear, anxiety, embarrassment, discomfort and humiliation.

### Count 3: Punitive Damages

39. Defendants' conduct was so outrageous as to shock the conscience. Defendants' conduct exhibited a reckless disregard for Plaintiff's rights and was

grossly negligent, malicious, sadistic, wanton, unnecessary, oppressive, and fraudulent. Accordingly, Plaintiff is entitled to punitive damages.

### PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff respectfully requests and prays that the Court will:

a. Preside over a trial by jury of all issues so triable;

b. Award Plaintiff exemplary, compensatory, and punitive damages against all Defendants;

c. Award reasonable costs and attorneys' fees pursuant to 42 U.S.C. sec. 1988;

d. Grant any and all other relief to which Plaintiff may be entitled.

Respectfully submitted,

*s/Michael L. Goodwin*
**MICHAEL L. GOODWIN**
600 West Main Street, Suite 100
Louisville, Kentucky 40202
(502) 584-7622
(502) 568-3600 FAX
michaellgoodwin@me.com

**ERIN KENNEDY**
600 West Main Street, Suite 100
Louisville, Kentucky 40202
(502) 540-5700
(502) 568-3600
eskennedy777@hotmail.com

Package : 000011 of 000011